UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 07-3039 SI (pr) |
| PAUL ERIC ANTOINE, | **ORDER OF DISMISSAL** |
| Plaintiff. | |

This action was opened as a civil action on June 12, 2007 when the court received from plaintiff a document that complained about conditions of confinement at his prison and attempted to plead legal claims in relation thereto. The court construes the document to be a prisoner's civil rights complaint. On the day the action was filed, the court notified plaintiff in writing that the complaint was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Plaintiff was advised that failure to pay the fee or file the completed application within thirty days would result in dismissal of the action. Plaintiff has failed to provide the court with either the filing fee or a complete in forma pauperis application and the deadline by which to do so has passed. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a complete in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new civil complaint to commence that new action. Because this action is now dismissed, plaintiff should not file an application or pay the filing fee in this action.

1      If plaintiff's intent was not to file a civil action but instead to request an investigation of
2  conditions he finds disagreeable, the request is DENIED. The court does not conduct
3  investigations, nor does it compel law enforcement agencies to do so.
4      The clerk shall close the file.
5      IT IS SO ORDERED.
6  Dated: September 20, 2007

                                                   SUSAN ILLSTON
                                            United States District Judge

**United States District Court**
For the Northern District of California