UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                          No. C 07-3039 SI (pr)

PAUL ERIC ANTOINE,                                **JUDGMENT**

      Plaintiff.
_____/

    This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or submits a completed in forma pauperis application at the time he files his complaint.

    IT IS SO ORDERED AND ADJUDGED.

Dated: September 20, 2007                         _____
                                                SUSAN ILLSTON
                                           United States District Judge